

**FILED**

SEP 0 3 2015

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| DISABILITY RIGHTS MONTANA, INC., on behalf of all persons sentenced to the custody of the Montana Department of Public Health and Human Services as Guilty But Mentally Ill and who have been or may be transferred from the Montana State Hospital to the Montana State Prison,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD OPPER, in his official capacity as Director of the Montana Department of Public Health; and<br><br>JOHN GLUECKERT, in his official capacity as Administrator of the Montana State Hospital,<br><br>Defendants. | CV 14-25-BU-SEH<br><br>**ORDER** |

The Court conducted a hearing on Defendants' motion to dismiss for failure

to state a claim on September 3, 2015. Upon the record made in open court,

ORDERED:

Defendants' Motion to Dismiss Second Amended Complaint[1] is DENIED.

DATED this 3rd day of September, 2015.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Doc. 71.